No. 930. THE CINCINNATI NORTHERN RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* GEORGE E. DILLON. In

error to the Supreme Court of the State of Ohio. Motion to dismiss or affirm or place on the summary docket submitted May 25, 1914. Decided June 22, 1914. *Per Curiam.* Judgment affirmed upon the authority of *Southern Ry. Co.* v. *Carson,* 194 U. S. 136, 140; *Southern Ry. Co.* v. *Bennett,* 233 U. S. 80, 85; *Grand Trunk Ry. Co.* v. *Lindsay,* 233 U. S. 42, 49; *Chicago Junction Ry. Co.* v. *King,* 222 U. S. 222; *Southern. Ry. Co.* v. *Gadd,* 233 U. S. 572. *Mr. Frank L. Littleton* for the plaintiff in error. *Mr. W. H. Dailey* for the defendant in error.